UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ABRAHAM HERNANDEZ-TREJO,<br><br>  Defendant. | Case No. 2:24-cr-00098-JAD-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the change of plea and sentencing hearing currently scheduled for Monday, June 24, 2024 at 10:00 a.m., be vacated and continued to July 9, 2024 at the hour of 2:30 p.m.; or to a time and date convenient to the court. DATED this 17th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE