# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABRAHAM HERNANDEZ-TREJO,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00098-JAD-DJA<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that any delay resulting from a continuance of the hearing for the waiver of indictment, filing of an information, initial appearance, arraignment, and plea from June 24, 2024 through July 12, 2024, be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161, *et seq.*

　　　DATED this 17th day of June, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3